UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ROBERT STRONG,

        Defendant.

2:12-cr-039-TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendant's motion for reconsideration, docket no. 33, is DENIED. The Government's opposition to early termination of supervised release, docket no. 30, provides adequate basis for the Court's denial of early termination.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 4th day of January, 2018.

                            William M. McCool
                            Clerk

                            s/Karen Dews
                            Deputy Clerk

MINUTE ORDER - 1